1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TINA BOURI; SAMER BOURI; and BANDALI BOURI, by and through his guardian ad litem, LUAY BOURI;<br><br>Plaintiffs,<br><br>v.<br><br>STONEBRAE HOMEOWNERS ASSOCIATION; and HOMEOWNER ASSOCIATION SERVICES, INC.;<br><br>Defendants. | CASE NO. 24-cv-06869-LJC<br><u>Civil Rights</u><br><br>[~~PROPOSE~~] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONTINUE THE DEADLINE TO SUBMIT ADDITIONAL EVIDENCE IN SUPPORT OF PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM<br><br>Current Deadline: November 13, 2024<br><br>Requested Deadline: November 18, 2024 |
|---|---|

'

[~~PROPOSED~~] ORDER GRANTING PLAINTIFF's MOTION FOR ADMINISTRATIVE RELIEF

1 **[PROPOSED] ORDER**

2   Having reviewed Plaintiffs' Administrative Motion to Continue the Deadline to Submit
3 Additional Evidence in Support of Petition for Appointment of Guardian Ad Litem, and good
4 cause appearing, the Court GRANTS the Motion. The new deadline to submit briefing and
5 evidence in support of the guardian ad litem petition is November 18, 2024. This Order does not
6 modify any other deadlines.

8   **IT IS SO ORDERED.**

10   Date: November 13, 2024      _____
11                                UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF
2