UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA BOURI, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>STONEBRAE HOMEOWNERS ASSOCIATION, et al.,<br><br>    Defendants. | Case No. 24-cv-06869-LJC<br><br>**ORDER ON ADMINISTRATIVE MOTION REQUESTING REMOTE APPEARANCE**<br><br>Re: Dkt. No. 11 |

Pending before the Court is Plaintiffs Tina Bouri, Samer Bouri, and Bandali Bouri's Administrative Motion to hold the November 26, 2024 guardian ad litem petition hearing remotely. ECF No. 11. The Court hereby **DENIES** the motion. Plaintiffs have filed suit in this district, and the nature of the hearing is such that a Zoom hearing, rather than an in-person hearing, will not be held absent good cause. The location of Luay Bouri's residence and counsel's office do not establish good cause for a Zoom hearing given the issues involved in the petition. Upon receipt of Plaintiffs' supplemental briefing and evidence, the Court may reconsider whether there is good cause for a Zoom hearing, or may, pursuant to Local Rule 7-1(b), vacate the hearing and decide the petition without oral argument.

**IT IS SO ORDERED.**

Dated: November 14, 2024

LISA J. CISNEROS
United States Magistrate Judge