IRENE KARBELASHVILI, Esq. (SBN 232223)
IRAKLI KARBELASHVILI, Esq. (SBN 302971)
ALLACCESS LAW GROUP
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142
irene@allaccesslawgroup.com
irakli@allaccesslawgroup.com

Attorneys for Plaintiff


Peter L. Weber – 218473
PWeber@mpbf.com Keith G. Adams – 240497
KAdams@mpbf.com
MURPHY, PEARSON, BRADLEY & FEENEY 580 California Street, Suite 1100
San Francisco, CA  94104-1001
Telephone: (415) 788-1900
Facsimile: (415) 393-8087

Attorneys for Defendants,
STONEBRAE HOMEOWNERS ASSOCIATION and HOMEOWNER ASSOCIATION SERVICES, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TINA BOURI; SAMER BOURI; and BANDALI BOURI, by and through his guardian ad litem, LUAY BOURI,<br><br>Plaintiffs,<br><br>v.<br><br>STONEBRAE HOMEOWNERS ASSOCIATION; and HOMEOWNER ASSOCIATION SERVICES, INC.;<br><br>Defendants. | CASE NO. 24-cv-06869-LJC<br><br>Civil Rights<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE AND DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFFS' COMPLAINT** |

STIPULATION AND [PROPOSED] ORDER CONTINUING THE INITIAL CASE
MANAGEMENT CONFERENCE AND DEFENDANTS' DEADLIEN TO RESPOND TO
PLAINTIFFS' COMPLAINT
CASE NO. 3:24-cv-06869-LJC
- 1 -

Plaintiffs TINA BOURI; SAMER BOURI; and BANDALI BOURI, by and through his guardian ad litem, LUAY BOURI ("Plaintiffs") and STONEBRAE HOMEOWNERS ASSOCIATION ("Stonebrae"); and HOMEOWNER ASSOCIATION SERVICES, INC. ("HAS") (collectively with Stonebrae, "Defendants," and together with Plaintiff, the "Parties") stipulate and respectfully request that the Initial Case Management Conference currently scheduled for February 13, 2025 be continue to February 27, 2025 or, alternatively, March 13, 2025. The Parties further stipulate that the deadline for Defendants to response to Plaintiffs' complaint be continued from January 27, 2025 to February 28, 2025. The Parties believe good cause exists based on the following:

1. On October 1, 2024, the Court scheduled the Initial Case Management Conference for January 2, 2025.

2. On December 20, 2024, the Court continued the Initial Case Management Conference to January 23, 2025.

3. On December 23, 2024, the Parties filed a stipulation continuing Defendants' response deadline to Plaintiffs' Complaint to January 27, 2025.

4. On January 16, 2025, the Court continued the Initial Case Management Conference to February 13, 2025.

5. Plaintiffs' counsel is not available on February 13, 2025 due to a prepaid vacation abroad from February 5, 2025 to February 20, 2025.

6. The Parties are available on February 27, 2025 for the Initial Case Management Conference. Alternatively, the Parties are also available on March 13, 2025, or a date sometime thereafter that is most convenient for the Court.

7. The Parties are working cooperatively to mediate this case and have filed a stipulation requesting that the matter be referred to mediation. To facilitate the potential for an early resolution, the Parties seek additional time to focus on settlement discussions rather than proceeding immediately with briefing on a Rule 12 motion, which Defendants intend to

STIPULATION AND [PROPOSED] ORDER CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE AND DEFENDANTS' DEADLIEN TO RESPOND TO PLAINTIFFS' COMPLAINT
CASE NO. 3:24-cv-06869-LJC
- 2 -

file. Additional time is also necessary for the Parties to meet and confer regarding the anticipated Rule 12 motion.

8. Lastly, because Plaintiffs' counsel will be unavailable from February 5, 2025, through February 20, 2025, this period of unavailability overlaps with the briefing deadlines should Defendants file their Rule 12 motion by the current deadline of January 27, 2025.

Respectfully submitted,

Date: January 22, 2025           ALLACCESS LAW GROUP

          /s/ Irakli Karbelashvili
IRAKLI KARBELASHVILI, ESQ.
Attorneys for Plaintiffs

Dated: January 25, 2025          MURPHY, PEARSON, BRADLEY & FEENEY

By /s Keith G. Adams
Keith G. Adams

Attorneys for Defendants
STONEBRAE HOMEOWNERS ASSOCIATION
and HOMEOWNER ASSOCIATION SERVICES, INC.

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1, I hereby attest that on January 22, 2025, I, Irakli Karbelashvili, received the concurrence of the signatories in the filing of this document.

          /s/ Irakli Karbelashvili
Irakli Karbelashvili

STIPULATION AND [PROPOSED] ORDER CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE AND DEFENDANTS' DEADLIEN TO RESPOND TO PLAINTIFFS' COMPLAINT
CASE NO. 3:24-cv-06869-LJC
- 3 -

1 **[PROPOSED] ORDER**

Having reviewed the Parties' stipulation, and good cause appearing, the Initial Case Management Conference is continued to __March 13__, 2025 at 1:30 p.m. The deadline for Defendants to respond to Plaintiffs' complaint is continued to February 28, 2025.

**IT IS SO ORDERED.**

Dated:  January 27, 2025

_____
Hon. Lisa J. Cisneros
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE AND DEFENDANTS' DEADLIEN TO RESPOND TO PLAINTIFFS' COMPLAINT
CASE NO. 3:24-cv-06869-LJC
- 4 -