IRENE KARBELASHVILI, Esq. (SBN 232223)
IRAKLI KARBELASHVILI, Esq. (SBN 302971)
ALLACCESS LAW GROUP
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142
irene@allaccesslawgroup.com
irakli@allaccesslawgroup.com

Attorneys for Plaintiff


Peter L. Weber – 218473
PWeber@mpbf.com Keith G. Adams – 240497
KAdams@mpbf.com
MURPHY, PEARSON, BRADLEY & FEENEY 580 California Street, Suite 1100
San Francisco, CA  94104-1001
Telephone: (415) 788-1900
Facsimile: (415) 393-8087

Attorneys for Defendants,
STONEBRAE HOMEOWNERS ASSOCIATION and HOMEOWNER ASSOCIATION SERVICES, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TINA BOURI; SAMER BOURI; and BANDALI BOURI, by and through his guardian ad litem, LUAY BOURI,<br><br>Plaintiffs,<br><br>v.<br><br>STONEBRAE HOMEOWNERS ASSOCIATION; and HOMEOWNER ASSOCIATION SERVICES, INC.;<br><br>Defendants. | CASE NO. 24-cv-06869-LJC<br><br>Civil Rights<br><br>**SECOND STIPULATION AND [PROPOSED] ORDER CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE AND DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFFS' COMPLAINT** |

Plaintiffs TINA BOURI; SAMER BOURI; and BANDALI BOURI, by and through his guardian ad litem, LUAY BOURI ("Plaintiffs") and STONEBRAE HOMEOWNERS ASSOCIATION ("Stonebrae"); and HOMEOWNER ASSOCIATION SERVICES, INC. ("HAS") (collectively with Stonebrae, "Defendants," and together with Plaintiff, the "Parties") stipulate and respectfully request that the Initial Case Management Conference currently scheduled for March 13, 2025 be continue to May 1, 2025. The Parties further stipulate that the deadline for Defendants to respond to Plaintiffs' complaint be continued from February 28, 2025 to April 24, 2025. The Parties believe good cause exists based on the following:

1. On October 1, 2024, the Court scheduled the Initial Case Management Conference for January 2, 2025.
2. On December 20, 2024, the Court continued the Initial Case Management Conference to January 23, 2025.
3. On December 23, 2024, the Parties filed a stipulation continuing Defendants' response deadline to Plaintiffs' Complaint to January 27, 2025.
4. On January 16, 2025, the Court continued the Initial Case Management Conference to February 13, 2025.
5. On January 24, 2025, the parties requested that the Court continue Defendants' response deadline to February 28, 2025 in order to have additional time to focus on a potential early resolution of the case. The parties also requested that the Court continued the Initial Case Management Conference to February 27, 2027 or alternatively to March 13, 2025. They did so due to Plaintiffs' counsel's unavailability for the Initial Case Management Conference on February 13, 2025 due to a preplanned vacation.
6. On January 27, 2025, the Court continued Defendants' response deadline to February 28, 2025 and the Initial Case Management Conference to March 13, 2025.
7. The matter has since been referred to mediation. A mediator was appointed on February 5, 2025 and the parties have held a pre-mediation conference call.

SECOND STIPULATION AND [PROPOSED] ORDER CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE AND DEFENDANTS' DEADLIEN TO RESPOND TO PLAINTIFFS' COMPLAINT
CASE NO. 3:24-cv-06869-LJC
- 2 -

8. The Parties and the mediator agreed to mediate the case on April 14, 2025, the earliest date available for everyone involved.

9. The Parties seek to resolve the matter at or before mediation rather than allocating resources to dispositive motions and the Initial Case Management Conference. They believe extending these deadlines will facilitate a potential early resolution.

Respectfully submitted,

Date: February 26, 2025                     ALLACCESS LAW GROUP

  _/s/ Irakli Karbelashvili_
IRAKLI KARBELASHVILI, ESQ.
Attorneys for Plaintiffs

Dated: February 27, 2025                    MURPHY, PEARSON, BRADLEY & FEENEY

By /s Keith G. Adams
Keith G. Adams

Attorneys for Defendants
STONEBRAE HOMEOWNERS ASSOCIATION
and HOMEOWNER ASSOCIATION SERVICES, INC.

## FILER'S ATTESTATION

Pursuant to Local Rule 5-1, I hereby attest that on February 26, 2025, I, Irakli Karbelashvili, received the concurrence of the signatories in the filing of this document.

  _/s/ Irakli Karbelashvili_
Irakli Karbelashvili

SECOND STIPULATION AND [PROPOSED] ORDER CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE AND DEFENDANTS' DEADLIEN TO RESPOND TO PLAINTIFFS' COMPLAINT
CASE NO. 3:24-cv-06869-LJC
- 3 -

1  **[PROPOSED] ORDER**

2  Having reviewed the Parties' stipulation, and good cause appearing, the Initial Case

3  Management Conference is continued to May 1, 2025, at 1:30 p.m. The deadline for Defendants to

4  respond to Plaintiffs' complaint is continued to April 24, 2025.

6  **IT IS SO ORDERED.**

8  Dated: February 27, 2025     _____
                                Hon. Lisa J. Cisneros
                                United States Magistrate Judge