1  IRENE KARBELASHVILI, Esq. (SBN 232223)
   IRAKLI KARBELASHVILI, Esq. (SBN 302971)
2  ALLACCESS LAW GROUP
   irene@allaccesslawgroup.com
3  irakli@allaccesslawgroup.com
   1400 Coleman Ave Ste F28
4  Santa Clara, CA 95050
   Telephone: (408) 295-0137
5  Fax: (408) 295-0142

6  Attorneys for Plaintiffs

7  TINA BOURI; SAMER BOURI; and BANDALI BOURI

8

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11

12 | TINA BOURI; SAMER BOURI; and          | CASE NO. 24-cv-06869-LJC
     BANDALI BOURI, by and through his     | Civil Rights
13 | guardian ad litem, LUAY BOURI;        |
                                           | [PROPOSED] ORDER APPROVING EX
14 |                                       | PARTE PETITION TO APPROVE
     Plaintiffs,                           | SETTLEMENT OF A CLAIM FOR A PERSON
15 |                                       | WITH A DISABILITY
     v.                                    |
16 |
17 | STONEBRAE HOMEOWNERS
     ASSOCIATION; and HOMEOWNER
     ASSOCIATION SERVICES, INC.;
18 |
     Defendants.
19

20

21

22

23

24

25

26

27

28

1

**[PROPOSED] ORDER**

2      Upon review of the Petition to Approve the Settlement of a Claim for a Person with a

3  Disability, the Court determines that the settlement is in the best interests of Plaintiff Bandali

4  Bouri. The Court finds the net proceeds to Plaintiff to be fair and reasonable and, accordingly,

5  GRANTS the Petition.

6      THE COURT HEREBY ORDERS: The settlement funds shall be made payable to

7  Plaintiff's counsel's trust account and deposited therein pursuant to the terms of the parties'

8  settlement agreement. The net proceeds of $7,500 due to Plaintiff Bandali Bouri shall be

9  disbursed to Plaintiff without further Court order.

10

11      **IT IS SO ORDERED**.

12

13      Dated: May 9, 2025                    _____
                                                 United States Magistrate Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER APPROVING EX PARTE PETITION TO APPROVE SETTLEMENT OF A CLAIM FOR
A PERSON WITH A DISABILITY